HICKMAN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Johanna Hickman against the Nassau Electric Railroad Company. No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied. See 67 N. Y. Supp. 1134.

In re HICKS. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) In the matter of the judicial settlement of the account of Joseph W. Hicks, as executor, etc., of John R. Remsen, deceased. No opinion. Motion denied.

HICKS, Appellant, v. TOWNSEND, Respondent. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) In the matter of the judicial settlement of the account of Joseph W. Hicks, as executor, etc., of John R. Remsen, deceased. Joseph W. Hicks, as executor, appealed from an order directing payment of certain money to Carrie A. E. Townsend. No opinion. Motion for reargument denied. See 66 N. Y. Supp. 1028.

HILDEBRANDT, Respondent. v. METRO-POLITAN ST. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by Anna M. Hildebrandt, as administratrix, against the Metropolitan Street-Railway Company and the Third Avenue Railroad Company. C. F. Brown, for appellants. C. F. Collins, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HIRTENSTEIN, Respondent, v. FARRELL, Appellant. (City Court of New York, General Term. January 29, 1901.) Action by Fannie Hirtenstein against John Farrell. From a judgment for plaintiff, and from an order denying his motion for new trial, defendant appeals. Affirmed. McCrea, Somerville & Taylor, for appellant. Morris Cukor, for respondent.

PER CURIAM. This action is brought to recover damages for personal injuries occasioned to the plaintiff by the fall of a dumb-waiter. The appellant claims a reversal of the judgment on the ground that the verdict rendered by the jury is against the weight of evidence. It is a close case, and, the jury having determined in favor of the plaintiff after a fair submission of the question to the jury, we think we are not warranted, under the evidence, to disturb the verdict. Judgment and order appealed from affirmed, with costs.

HOFFMAN, Respondent, v. CONSOLIDATED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by Louis Hoffman against the Consolidated Traction Company. No opinion. Order affirmed, with $10 costs and disbursements.

HELLER et al., Respondents, v. GOSLIN, Appellant. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by James E. Heller and another against Edmond Goslin. J. G. Lazarus, for appellant. F. Jellenik, for respondents. No opinion. Judgment affirmed, with costs.

HOME BANK, Appellant, v. GARVER, Respondent. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by the Home Bank against John A. Garver as assignee. H. B. Twombly, for appellant. J. A. Garver, for respondent. No opinion. Judgment affirmed, with costs, on the authority of Home Bank v. J. B. Brewster & Co., 15 App. Div. 338, 44 N. Y. Supp. 54; Id., 33 App. Div. 330, 53 N. Y. Supp. 867.

In re HOME FOR INCURABLES. (Supreme Court, Appellate Division, First Department. December 21, 1900.) In the matter of the Home for Incurables. No opinion. Order affirmed, with $10 costs and disbursements.

HOUGH, Respondent, v. MAYNARD, Appellant. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Charles M. Hough, as trustee, against Alonzo C. Maynard. J. J. Lenehan, for appellant. A. Blumenstiel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HOWE, Respondent, v. SKINNER, Appellant. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Mary E. Howe against Frances A. Skinner. W. P. Burr, for appellant. M. E. Harby, for respondent. No opinion. Judgment and order affirmed, with costs.

HUBENER et al., Appellants, v. FRICK, Respondent. (Supreme Court, Appellate Term. February 25, 1900.) Action by Louis Hubener and another against Charles Frick. From a judgment in favor of defendant, plaintiffs appeal. Affirmed. Wilson, Bennett & Underhill, for appellants. Pannes & Eberhardt, for respondent.

ANDREWS, P. J. This is an appeal from a judgment of the Fifth district municipal court in favor of the defendant. The only question presented by the appeal is whether the writing sued on can be treated as a lease, so as to support an action thereon for rent. The municipal court held that the writing in question was not a lease, but an agreement for a lease; and I am clearly of the opinion that such decision was correct, and that the judgment should be affirmed, with costs.

HUNT et al., Respondents, v. WILCOX et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 15, 1901.) Action by Ellen Hunt and another against Roscoe R. Wilcox and another. No opinion. Judgment of county court affirmed, with costs.

HURRELL, Appellant, v. HURRELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by Henry J. Hurrell against Walter W. Hurrell and another. No opinion. Order affirmed, with $10 costs and disbursements.